**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES BREWER** *et al.*, <br><br>        **Plaintiffs,** <br><br>        **vs.** <br><br> **GENERAL NUTRITION CORPORATION,** <br><br>        **Defendant(s).** | Case No.: 11-CV-03587 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** to **Monday, February 11, 2013** at **2:00 p.m.** so that the Court has an opportunity to review the Joint Recommendation due on January 30, 2013.

The parties shall also meet and confer regarding the option and timing of ADR and by **January 30, 2013**, also provide the Court with an update on same.

The Motion to Appear by Telephone at the January 28, 2013 Case Management Conference Dkt. No. 70) is **DENIED AS MOOT**.

This Order Terminates Dkt. No. 70.

**IT IS SO ORDERED.**

Date: January 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**