United States District Court
Northern District of California

1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                         **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8

9  | **CHARLES BREWER** *et al.*,          | **Case No.: 11-CV-03587 YGR**
10 |     **Plaintiff(s),**                 | **ORDER CONTINUING STATUS CONFERENCE**
11 |     vs.
12 | **GENERAL NUTRITION CORPORATION,**
13 |     **Defendant(s).**
14

15    Having reviewed and considered the parties' Joint Status Conference Statement (Dkt. No. 82),
16 the Court hereby **CONTINUES** the April 5, 2013 Status Conference to **Monday, May 13, 2013** at **2:00**
17 **p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California,
18 Courtroom 5.

19    Five (5) business days prior to the date of the status conference, the parties shall file a joint
20 status report updating the Court on: (1) discovery completed; (2) motions that need to be filed or
21 scheduled; and (3) the need to hold a status conference on May 13 and/or requesting a later date for
22 the status conference.

23    Telephonic appearances will be allowed if the parties have submitted a joint statement in a
24 timely fashion. Failure to do so may result in sanctions.

25    **IT IS SO ORDERED.**

26
27 Date: April 3, 2013
                                                    _____
                                                    **YVONNE GONZALEZ ROGERS**
28                                                  **UNITED STATES DISTRICT COURT JUDGE**