# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BREWER, individually and on behalf of all others similarly situated current and former employees of Defendants,<br><br>Plaintiff(s),<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 11-cv-03587-YGR<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The June 24, 2013 Case Management Conference is **CONTINUED** to **Monday, September 16, 2013** at **2:00 p.m.**

This terminates Dkt. No. 92.

**IT IS SO ORDERED**.

Date: June 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

48876730.1

Order