1   HOFFMAN EMPLOYMENT LAWYERS, LLP
    Michael Hoffman (S.B.N. 154481)
2   Leonard Emma (S.B.N. 224483)
    580 California Street, Suite 1600
3   San Francisco, CA 94104
    Telephone:  (415) 362-1111
4   Facsimile:   (415) 362-1112
    Email: mhoffman@employment-lawyers.com
5           lemma@employment-lawyers.com

6   Attorneys for Plaintiffs
    CHARLES BREWER et al.

7
    MCGUIREWOODS LLP
8   SUSAN L. GERMAISE SBN #176595
    1800 Century Park East, 8th Floor
9   Los Angeles, CA  90067
    Telephone: 310-315-8200
10  Facsimile: 310-315-8210
    sgermaise@mcguirewoods.com

11
    Attorneys for Defendant
12  GENERAL NUTRITION CORPORATION

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16  CHARLES BREWER, individually and on         CASE NO. 11-CV-03587-YGR
    behalf of all other similarly situated current and
17  former employees of Defendant,              **JOINT STIPULATION EXTENDING
                                                DEADLINES FOR (1) PLAINTIFFS TO
18                  Plaintiff(s),               FILE CLASS CERTIFICATION MOTION
                                                AND (2) DEFENDANT TO FILE
19                  v.                          DECERTIFICATION MOTION;
                                                [PROPOSED] ORDER**
20  GENERAL NUTRITION CORPORATION,
    a Pennsylvania corporation,                 ENTERED AS MODIFIED BY THE COURT
21
                    Defendant.
22

23

24

25

26

27

28

1    The parties to this action, through their respective counsel of record, stipulate as follows,

2  subject to the Court's approval:

3    1.    The Court had previously set a deadline of January 16, 2014, for Plaintiffs to file

4  their motion for class certification of California claims.

5    2.    The Court had previously set a deadline of February 25, 2014 for Defendant to file

6  its motion for decertification of federal claims.

7    3.    The parties have been, and are currently, engaged in discovery into the propriety of

8  class certification of California claims in this matter.  The parties are presently undertaking

9  scheduling and completion of noticed 30(b)(6) depositions.  The holiday season, extended witness

10  vacations, and extreme weather conditions has made scheduling these depositions difficult.  The

11  parties have scheduled one of the depositions for January 16, 2014.  The parties are in the process

12  of scheduling the second 30(b)(6) witness deposition, which is expected to take place in last week

13  of January or first week of February 2014.

14    4.    The parties have also been, and are currently, engaged in discovery into the

15  proprietary of class decertification of the Federal claims in this matter.  Defendant intends to

16  notice and take the depositions of FLSA opt ins.

17    5.    The parties request a one month extension of time for Plaintiffs to file their motion

18  for class certification of California claims from January 16, 2014, to February 17, 2014, so that the

19  parties may schedule and complete the noticed 30(b)(6) deposition(s).

20    6.    The parties request a one month extension of time for Defendant to file its motion

21  for decertification of federal claims from February 25, 2014, to March 25, 2014, so that the parties

22  can meet and confer regarding the scope of opt in depositions and so Defendant may notice and

23  complete the depositions.

24    7.    The parties have not previously requested an extension of time for Plaintiffs to file

25  their motion for class certification of California claims or for Defendant to file its motion for

26  decertification of federal claims.

27  / / /

28  / / /

1  ///

2  ///

3       WHEREFORE, it is stipulated that the deadline for Plaintiffs to file their motion for class

4  certification of California claims shall be February 17, 2014, and the deadline for Defendant to file

5  its motion for decertification of federal claims shall be March 25, 2014.

6  Dated:  January 7, 2014                    MCGUIREWOODS LLP

7
                                            By:/s/     Susan L. Germaise
8                                                Susan L.Germaise
                                            Attorneys for Defendant
9                                            GENERAL NUTRITION CORPORATION

10  Dated:  January 7, 2014                   HOFFMAN EMPLOYMENT LAWYERS, LLP

11

12                                          By:/s/  Michael R. Hoffman
                                                Michael R. Hoffman
13                                          Attorneys for Plaintiff
                                            CHARLES BREWER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1              **[PROPOSED] ORDER**

2        Having reviewed the stipulation of the parties and good cause appearing, Plaintiffs'
                                                                                    January
3   deadline for filing their motion for class certification of California claims is hereby set to ~~February~~
                                                                                    30
4   ~~17~~, 2014, and Defendant's deadline for filing its motion for decertification of federal claims is
                                                            11
5   hereby set to March ~~25~~, 2014.        AS MODIFIED BY THE COURT,

6                      PURSUANT TO STIPULATION, IT IS SO ORDERED.
                                                            ^
7

8        Date: Jan. 9, 2014                    _____

9                                              Hon. Yvonne Gonzalez Rogers
                                               District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
                    Joint Stipulation and [~~Proposed~~] Order