**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES BREWER**, individually and on behalf of all other similarly situated current and former employees of Defendant,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GENERAL NUTRITION CORPORATION,**<br><br>    **Defendant.** | Case No.: 11-CV-03587 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT REQUEST TO MODIFY BRIEFING SCHEDULE** |

Presently before the Court is a joint request, styled as a stipulation, to continue the deadline for Plaintiff to file his reply brief in support of his pending Motion for Certification of California Class Claims. (Dkt. Nos. 106 ("Motion"), 164 ("Request").) The Motion is set for hearing on April 8, 2014. The Request, if granted, would authorize Plaintiff to file his reply brief on March 31, 2014.

The Request is **DENIED WITHOUT PREJUDICE** for failure to comply with paragraph 3 of the undersigned Judge's Standing Order in Civil Cases.

This Order terminates Docket No. 164.

**IT IS SO ORDERED**.

Date: March 12, 2014

                                                  **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**