**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES BREWER, individually and on behalf of all current and former employees of Defendant,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GENERAL NUTRITION CORPORATION,**<br><br>    Defendant. | **Case No.: 11-CV-03587 YGR**<br><br>**ORDER CONTINUING MOTION HEARINGS** |

Now pending before the Court are (1) plaintiff's Motion for Certification of California Class Claims and (2) defendant's Motion to Decertify the Collective Action. (Dkt. Nos. 106, 168.) The Court hereby **CONTINUES** the hearings on both motions from May 13, 2014 to the Court's 2:00 p.m. Calendar on **Tuesday, May 27, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

    **IT IS SO ORDERED**.

Date: May 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**