HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman (S.B.N. 154481)
Leonard Emma (S.B.N. 224483)
580 California Street, Suite 1600
San Francisco, CA 94104
Telephone:  (415) 362-1111
Facsimile:   (415) 362-1112
Email: mhoffman@employment-lawyers.com
          lemma@sfemployment-lawyers.com

Attorneys for Plaintiff
CHARLES BREWER

MCGUIREWOODS LLP
SUSAN L. GERMAISE SBN #176595
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: 310-315-8200
Facsimile: 310-315-8210
sgermaise@mcguirewoods.com

Christopher M. Michalik (Admitted *Pro Hac Vice*)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
804.775.4343 (Direct Line)
804.225.5411 (Direct FAX)
cmichalik@mcguirewoods.com

Attorneys for Defendant
GENERAL NUTRITION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| CHARLES BREWER, individually and on behalf of all others similarly situated current and former employees of Defendants,<br><br>Plaintiff (s),<br><br>v.<br><br>GENERAL NUTRITION CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 11-cv-03587-YGR<br><br>**ORDER CONTINUING HEARING ON MOTIONS FROM MAY 27, 2014 TO JUNE 3, 2014 PURSUANT TO STIPULATION OF PARTIES** |

1  Pursuant to the Stipulation by Plaintiff CHARLES BREWER ("Plaintiff"), for himself and
2  all others similarly situated and Defendant GENERAL NUTRITION CORPORATION ("GNC"),
3  to continue the hearings on Plaintiffs' Motion for Certification of a Rule 23 Class (Dkt. 106) and
4  Defendant GNC's Motion for Decertification of the FLSA Class (Dkt. 168) from May 27, 2014 at
5  2:00 p.m. to June 3, 2014 at 2:00 p.m.;
6  It is hereby ORDERED that:
7  The hearings on Plaintiffs' Motion for Certification of a Rule 23 Class (Dkt. 106) and
8  Defendant GNC's Motion for Decertification of the FLSA Class (Dkt. 168) are continued from
9  May 27, 2014 at 2:00 p.m. to June 3, 2014 at 2:00 p.m.

DATED: May 12, 2014

Yvonne Gonzalez Rogers
United States District Judge

1
ORDER CONTINUING HEARING ON MOTIONS