**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES BREWER**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**GENERAL NUTRITION CORPORATION**,<br><br>  Defendant. | Case No.: 11-CV-3587 YGR<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION RE: CLASS NOTICES** |

The parties' joint Administrative Motion re: Class Notices, Dkt. No. 217, is **GRANTED IN PART**. In the event this matter does not settle at the April 13, 2015 mediation, the parties will continue to confer on the issue regarding the closing date of the class period and will attempt to resolve it prior to the May 11, 2015 case management conference. If the parties are unable to resolve this issue prior to that time, each party shall submit a brief of no more than two (2) pages on this issue at least one week prior to the case management conference.

However, the parties are advised that the Court is not inclined to approve the notices in their current form. The parties are directed to revise the notices to ensure that they are clear, unambiguous, and free of typographical errors.

This Order terminates Dkt. No. 217.

**IT IS SO ORDERED**.

Date: February 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**