# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BREWER**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GENERAL NUTRITION CORPORATION,** <br><br> **Defendant.** | Case No.: 11-CV-3587 YGR <br><br> **ORDER SETTING SUMMARY JUDGMENT PRE-FILING CONFERENCE AND ADVANCING CASE MANAGEMENT CONFERENCE** |

Pursuant to the request of Plaintiffs for a summary judgment pre-filing conference (Dkt. No. 222), the Court **SETS** a pre-filing conference for **Wednesday, April 29, 2015, at 2:00 p.m.**, in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland.

The case management conference, currently set for May 11, 2015, is **ADVANCED** to **Wednesday, April 29, 2015, at 2:00 p.m.** The parties shall file an updated case management conference statement by **Monday, April 27, 2015**.

**IT IS SO ORDERED**.

Date: April 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**