United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES BREWER,** *et al.*, <br><br>     **Plaintiffs,** <br><br>     v. <br><br>**GENERAL NUTRITION CORPORATION,** <br><br>     **Defendant.** | **Case No.: 11-CV-3587 YGR** <br><br>**ORDER SETTING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND HEARING; SETTING DEADLINES FOR SUBMISSION OF REVISED CLASS CERTIFICATION AND FLSA DECERTIFICATION NOTICES AND SERVICE THEREOF** |

The Court, having held its summary judgment pre-filing conference with the parties this date, **ORDERS** as follows:

**Summary Judgment/Adjudication Motions**

(1) Defendant shall file its summary outlining the issues as to which it will seek summary judgment or adjudication no later than **Monday, May 4, 2015**.

(2) Plaintiffs shall file their summary judgment/summary adjudication motion no later than **May 19, 2015.**

(3) Defendant shall file its cross-motion for summary judgment/summary adjudication and opposition to Plaintiffs' motion for summary judgment/summary adjudication no later than **June 9, 2015**.

(4) Plaintiffs shall file the reply on their motion for summary judgment/summary adjudication and opposition to Defendant's cross-motion for summary judgment/summary adjudication no later than **June 23, 2015**.

(5) Defendant shall file its reply on its cross-motion for summary judgment/summary adjudication no later than **June 30, 2015**.

1  (6) The parties' summary judgment/summary adjudication motions shall be heard on **July 21, 2015**, at 2:00 p.m.

(7) Plaintiffs shall file their trial plan within 21 days of the Court's order on the motions. Defendant shall file its motion to decertify the class, if any, within 30 days of the Court's order on the motions.

**Class Certification Notice/FLSA Decertification Notice**

(8) Plaintiffs shall file by **Monday, May 4, 2015,** for approval by the Court revised forms of: (a) notice of decertification for non-California plaintiffs who opted into the FLSA action; (b) notice of decertification for California plaintiffs who opted into the FLSA action; (c) class certification for the remaining certified claims.  The parties shall revise the notices in the manner as stated on the record and confirm that the notices will be mailed by May 8, 2015.

(9) Upon further reflection on the parties' arguments, the opt-out postmark deadline shall be **June 24, 2015**.  The revised form of notice shall so reflect.

**IT IS SO ORDERED**.

Date:  April 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**