UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHARLES BREWER,** individually and on behalf of all other similarly situated current and former employees of Defendant,

Plaintiffs,

v.

**GENERAL NUTRITION CORPORATION,**

Defendant.

Case No.  11-cv-3587 YGR

**ORDER VACATING HEARING**

Currently pending before the Court are the motions of Defendant General Nutrition Corporation ("GNC") for decertification and to exclude the testimony of Plaintiffs' expert, Dr. Jeffrey S. Kane and the related survey (Dkt. Nos. 256 and 257.)

Due to the press of the Court's calendar, the hearing currently set for November 3, 2015, is **VACATED**.  The hearing will be reset by further notice from the Court.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**