UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BREWER,** individually and on behalf of all other similarly situated current and former employees of Defendant,<br><br>Plaintiffs,<br><br>v.<br><br>**GENERAL NUTRITION CORPORATION,**<br><br>Defendant. | Case No. 11-cv-3587 YGR<br>**PRETRIAL ORDER NO. 5**<br>**RE: ADDITIONAL DISCOVERY DESIGNATIONS IN DISPUTE**<br><br>Dkt. No. 338 |

The Court is in receipt of the additional information the parties were directed to file in connection with their discovery designations in dispute, as set forth in this Court's Pretrial Order No. 3. (Dkt. No. 338.) Having carefully reviewed the supplemental information, the Court **ORDERS** as follows:

### PLAINTIFFS' LIST OF DISCOVERY EXCERPTS

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| P. 2 | Jeffrey Emerick Deposition Transcript (*Brewer et al., v. GNC, Inc.* Case No. 11-cv-03587) | p. 7:5-10:3 | **OVERRULED.** |
| P. 4 | James Inlow Deposition Transcript (*Brewer et al., v. GNC, Inc.* Case No. 11-cv-03587) | p. 12:19-21<br>----------------<br>p. 34:6-17 | **OVERRULED**<br>---------------------<br>**OVERRULED** |
| P. 5 | Paul Katz Deposition Transcript (*Brewer et al., v. GNC, Inc.* Case No. 11-cv-03587) | p. 55:4-13 | **OVERRULED.** |

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**