UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BREWER,** individually and on behalf of all other similarly situated current and former employees of Defendant,<br><br>Plaintiffs,<br><br>v.<br><br>**GENERAL NUTRITION CORPORATION**,<br><br>Defendant. | Case No.  11-cv-3587 YGR<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS AGAINST DEFENDANT'S COUNSEL SOPHIA BEHNIA |

**TO COUNSEL FOR DEFENDANT GENERAL NUTRITION CORPORATION, SOPHIA BEHNIA:**

You are **ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to comply with this Court's order.  On January 19, 2016, you filed "Defendant's Notice Of Authority In Support Of Supplemental Memorandum Regarding Pretrial Order No. 3."  (Dkt. No. 347).  Contrary to the Court's express order to provide only the additional cases, you included two pages of argument regarding the cases.  (*See* Dkt. No. 354, Transcript of January 15, 2016 proceedings at 37:2-7.)  The Court is considering monetary sanctions and/or the striking of the filing.

Hearing on the Order to Show Cause is **SET** for **Monday, February 1, 2016, at 9:30 a.m.** in Courtroom 1, Federal District Court, 1301 Clay Street, Oakland.

Any written response to the Order to Show Cause shall be filed no later than **5:00 p.m. on Friday, January 29, 2016**.

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**