UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BREWER,** individually and on behalf of all other similarly situated current and former employees of Defendant,<br><br>Plaintiffs,<br><br>v.<br><br>**GENERAL NUTRITION CORPORATION**,<br><br>Defendant. | Case No. 11-cv-3587 YGR<br><br>PRETRIAL ORDER NO. 6<br>REGARDING BRIEFING ON TRIAL SUBPOENA ISSUES AND REIMBURSEMENT DAMAGES CALCULATION |

The Court issues this further pretrial order to address two outstanding issues:

(1) <u>Trial Subpoena Issues</u>

Defendant General Nutrition Corporation (GNC) has filed a Motion to Quash Plaintiffs' Trial Subpoenas. (Dkt. No. 355.) In response, Plaintiffs have filed an opposition brief (Dkt. No. 359), as well as a Motion for Declaratory Relief (Dkt. No. 358). The Court sets the following schedule for hearing and briefing on the trial subpoena issues:

(a) Hearing on the Motions to Quash and for Declaratory Relief is **SET** for **Monday, February 1, 2016, at 9:30 a.m**;

(b) GNC shall file any response to the arguments made in Plaintiffs' opposition or Motion for Declaratory Relief no later than **1:00 p.m. on Friday, January 29, 2016**.

(2) <u>Expert Opinion Regarding Reimbursement Claim</u>

Plaintiffs are **ORDERED** to lodge with the Court:

(a) the information upon Dr. Jeffrey S. Kane relied in calculating the reimbursement scenarios at Tables 10-13 (pages 16-18) in his report, including number of stores, distance from each store to its bank, and any evidence of representations from GNC regarding the same;

(b) the relevant portion(s) of Dr. Kane's deposition where this information was discussed.

1  Plaintiffs shall lodge copies of the responsive documents with the Court no later than **1:00
2  p.m. on Friday, January 29, 2016**.

3  **IT IS SO ORDERED.**

4  Dated: January 27, 2016

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**