**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No.  11-cv-03587-YGR                         Case Name:  Brewer v. General Nutrition Corporation

Date:  February 5, 2016        Time:  8:43am-8:50am; 10:10am-10:15am; 10:51am-10:57am; 11:15am.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                         **Court Reporter**:  Diane Skillman

**COUNSEL FOR PLTF**:

Michael Hoffman, Stephen Ilg, Leonard Emma and Chad Pradmore

Class members Charles Brewer and Jessica Bruns

**COUNSEL FOR DEFT**:

Robert Pritchard, Karin Cogbill and Sophia Behnia

Voir Dire to Begin: 2/5/16

**PROCEEDINGS;**

Case called. Discussion with counsel. RECESS. Discussion with counsel at bench. RECESS. Discussion with counsel. RECESS until 11:15am.

11:00am -11:15am Discussion with counsel on the record.

No Trial Held . RECESS