UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11-cv-03587-YGR          **Brewer v. General Nutrition Corporation**

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | **Michael Hoffman, Leonard Emma, Stephen Ilg and Chad Pradmore** | **Robert Pritchard, Karin Cogbill and Sophia Behnia** |
| **JURY SELECTION:** | **REPORTERS: Diane Skillman** | **CLERK:** |
| February 5, 2016 | | Frances Stone |
| **TRIAL DATE:** | | |
| February 8, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2/5/2016 | | | JURY SELECTION. | |
| | | | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 8:43AM | | | Case called. Discussion with counsel. | |
| | | 8:50AM | | | RECESS | |
| | | 10:00AM | | | Discussion with counsel at bench[not on the record] | |
| | | 10:15am | | | RECESS until 11:15am | |
| | | 10:51am | | | On the record with counsel. | |
| | | 10:57am | | | RECESS | |
| | | 11:00am | | | Discussion with counsel. | |
| | | 11:15am | | | NO TRIAL HELD.  RECESS. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |